**184**

**Jeanette A. MURRY, Plaintiff/Appellant,**

v.

**NATIONAL SUPER MARKETS, INC., Defendant/Respondent.**

No. 66078.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1995.

Frank B. Green, Gumersell, Denk & Brinkman, St. Louis, for appellant.

Ann Marie Piana, National Super Markets, Inc., St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

#### ORDER

PER CURIAM.

Jeanette A. Murry appeals from a jury verdict in favor of National Super Markets, Inc. in her personal injury claim against defendant arising out of her alleged slip and fall on its parking lot next to one of its supermarkets.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

**William COOPER, Appellant,**

v.

**Teresa THORNBURG, et al., Respondents.**

No. WD 50175.

Missouri Court of Appeals,
Western District.

May 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1995.

William Cooper, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Randell G. Collins, Asst. Atty. Gen., Jefferson City, for respondents.

Before FENNER, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

#### ORDER

PER CURIAM.

Appeal from order dismissing *pro se* petition for injunctive relief.

Judgment affirmed. Rule 84.16(b).